# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA A. STOCKHOLM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | No. 15-3554 |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

WENDY BEETLESTONE, J.

AND NOW, this 1st day of March 2016, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

/s/ Wendy Beetlestone

WENDY BEETLESTONE, J.
UNITED STATES DISTRICT COURT